

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bradley Sayre<br><br>Plaintiff,<br><br>V.<br><br>JP Morgan Chase & Co.; JP Morgan Chase Securities, LLC; J.P. Morgan Securities LLC; Does 1-10<br><br>Defendant. | Civil Action No. 17cv0449-JLS-MDD<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendants' Motion to Dismiss Plaintiff's Complaint, and dismisses Plaintiff's Complaint. Because no amendment could cure the res judicata preclusive effect, this dismissal is with prejudice.

Date: 2/26/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Lozano

M. Lozano, Deputy